## In re John O'BRIEN, Danny Lewis, Raymond Busnell, and Charles Olson.

No. 04–1379.

United States Court of Appeals, Federal Circuit.

July 26, 2004.

Robert L. Harrington, Principal Attorney, Schwabe, Williamson, Portland, OR, for Appellant.

John M. Whealan, Principal Attorney, William Lamarca, Mary L. Kelly, of Counsel, Office of the Solicitor, Arlington, VA, for Appellee.

## Daniel T. CHATMON, Claimant–Appellant,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 02–7107.

United States Court of Appeals, Federal Circuit.

July 27, 2004.

### ORDER

Upon consideration of the John O'Brien et al.'s unopposed motion to voluntarily dismiss * this appeal,

IT IS ORDERED THAT:

---

\* In his "motion for voluntary dismissal," in addition to seeking dismissal, O'Brien asks this court "to remand to the Patent and Trademark Office." The court cannot both dismiss and remand an appeal.